**SO ORDERED.**

**SIGNED this 29 day of September, 2009.**



_____
JANICE MILLER KARLIN
UNITED STATES BANKRUPTCY JUDGE

_____

Gary E. Hinck, P.A.
511 SW Jackson Street
Topeka, KS  66603-3333
(785) 267-7090

### IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| In Re:  Shawn Derrick Silver<br>        and<br>        Bobbie Jo Silver<br><br>              Debtor(s). | Case No.  05-42663-13 |

### ORDER REINSTATING CASE

THIS MATTER comes before the Court on the Debtors' Motion to Reinstate this bankruptcy case.

WHEREUPON, the Court finds that notice with opportunity for hearing on the Debtor(s) Motion was properly served, no objections have been filed or all objections have been resolved. The Court finds that the Debtor(s) Motion to Reinstate should be, and is hereby, sustained.

The Court orders that this case is hereby reinstated.

The Debtors will pay through the plan additional attorney fees and expenses to Gary E. Hinck, P.A., in the amount of $225.00.

In the United States Bankruptcy Court for the District of Kansas
In re: Shawn Derrick Silver and Bobbi Jo Silver
Case No. 05-42663     Chapter 13
Order Reinstating Case
Page 2


###

Prepared and Approved by:


GARY E. HINCK, P.A.

By:s/ Gary E. Hinck
Gary E. Hinck, #18270
gh@kansasconsumer.com
511 SW Jackson Street
Topeka, KS  66603-3333
(785) 267-7090
Attorney for Debtor(s)



Approved by:

s/ Jan M. Hamilton
Jan Hamilton, #08163
Standing Trustee
P.O. Box 3527
Topeka, KS  66601-3527